1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, | No.  5:11-02160-PSG |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO CONDUCT THE JOINT SITE INSPECTION UNDER GENERAL ORDER 56;     ORDER** |
| vs. | |
| JACKSON LTC PHARMACY, INC. dba JACKSON MEDICAL PHARMACY; LORA L. PORTER, TRUSTEE OF THE LORA L. PORTER REVOCABLE LIVING TRUST OF 1997, | |
| Defendants. | |

**WHEREAS**, the Court issued a scheduling order in this matter on May 2, 2011 requiring that a joint site inspection between the parties take place on or before August 10, 2011;

**WHEREAS**, defendant Jackson LTC Pharmacy, Inc. was served by Plaintiff Anthony Lerma ("Plaintiff") via waiver of service on July 8, 2011 and a responsive pleading is not due until September 6, 2011, and service of the cross-claim against Jackson LTC Pharmacy, Inc. by Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 has not yet been effected;

**WHEREAS**, counsel for Plaintiff filed a Notice of Unavailability for the time period July 6, 2011 through August 3, 2011;

*Lerma v. Jackson LTC Pharmacy, Inc., et al.*
Stipulation and [Proposed] Order to Extend Time for Joint Site Inspection
Page 1

1    **WHEREAS**, in light of the foregoing, and the availability of counsel and the parties, the
2    parties have been unable to set a date for the site inspection prior to the August 10, 2011
3    deadline and seek to extend the deadline to September 30, 2011;

4    **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and
5    through their respective counsel, that the parties may have to and including September 23, 2011
6    to conduct a joint site inspection of the subject facility.  All other dates set by the Court's May
7    2, 2011 scheduling order shall remain unchanged.

8    Date: August 3, 2011                                          MOORE LAW FIRM, P.C.

10                                                                            /s/Tanya E. Moore
                                                                              Tanya E. Moore
11                                                                           Attorneys for Plaintiff Anthony Lerma

12   Date: August 3, 2011                                          BERNARD, BALGLEY & BONACCORSI

13                                                                            /s/ Elise M. Balgley
14                                                                           Elise M. Balgley, Attorneys for
                                                                              Defendant Lora L. Porter, Trustee of
15                                                                           the Lora L. Porter Revocable Living
                                                                              Trust of 1997
16

17   Date: August 3, 2011                                          LAW OFFICES OF THOMAS O'HAGAN

18                                                                            /s/ Kelli E. George
19                                                                           Kelli E. George, Attorneys for
                                                                              Defendant Jackson LTC Pharmacy, Inc.
20

21                                             **ORDER**

22   The Parties having so stipulated and good cause appearing,

23   IT IS HEREBY ORDERED that the parties may have to and including September 30,
24   2011 within which to conduct the joint site inspection required under General Order 56. All
25   other dates set by the Court's May 2, 2011 scheduling order shall remain unchanged.

26   **IT IS SO ORDERED**.

27

28   Dated: August 8, 2011                                        _____
                                                                              United States Magistrate Judge

*Lerma v. Jackson LTC Pharmacy, Inc., et al.*
Stipulation and [Proposed] Order to Extend Time for Joint Site Inspection
Page 2