AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>        **District of**        <u>CALIFORNIA</u>

ANTHONY LERMA

Plaintiff (s),

V.

JACKSON LTC PHARMACY, INC., et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** <u>CV-11-01260 PSG</u>  02160

Notice is hereby given that, subject to approval by the court, <u>Lora L. Porter, as Trustee*</u> substitutes
(Party (s) Name)

<u>Robert L. Mezzetti II; Mezzetti Law Firm, Inc.</u>, State Bar No. <u>114282</u> as counsel of record in
(Name of New Attorney)

place of <u>Elise M. Balgley, Bernard, Balgley & Bonacorsi, 3900 NewPark Mall Road, 3rd Fl., Newark, CA 94560</u>.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: <u>Mezzetti Law Firm, Inc.</u>

Address: <u>31 East Julian Street, San Jose, CA 95112</u>

Telephone: <u>(408) 279-8400</u>        Facsimile <u>(408) 279-8448</u>

E-Mail (Optional): <u>rob@mezzettilaw.com; jam@mezzettilaw.com</u>

I consent to the above substitution.

Date: <u>12 / 13 / 2011</u>        _____
(Signature of Party (s))

I consent to being substituted.

Date: <u>12|15|11</u>        _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: <u>12|13|11</u>        _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: <u>12/20/2011</u>        _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Attachment to Substitution of Attorneys

of the Lora L. Porter Revocable Living Trust of 1997