# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

ANTHONY LERMA

Plaintiff(s),

V.

JACKSON LTC PHARMACY, INC., et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-02160 PSG

Notice is hereby given that, subject to approval by the court, __Lora L. Porter, as Trustee*__ substitutes
(Party (s) Name)

__Robert L. Mezzetti II; Mezzetti Law Firm, Inc.__, State Bar No. __114282__ as counsel of record in
(Name of New Attorney)

place of __Elise M. Balgley, Bernard, Balgley & Bonacorsi, 3900 NewPark Mall Road, 3rd Fl., Newark, CA 94560__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Mezzetti Law Firm, Inc.

    Address:    31 East Julian Street, San Jose, CA 95112

    Telephone:    (408) 279-8400    Facsimile (408) 279-8448

    E-Mail (Optional):    rob@mezzettilaw.com; jam@mezzettilaw.com

I consent to the above substitution.

Date: 12/13/2011

*(Signature of Party (s))*

I consent to being substituted.

Date: 12/15/11

*(Signature of Former Attorney (s))*

I consent to the above substitution.

Date: 12/13/11

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/20/2011

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Attachment to Substitution of Attorneys

of the Lora L. Porter Revocable Living Trust of 1997