K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, ) | No. 5:11-CV-02160-PSG |
| ) | |
| Plaintiff, ) | **JOINT REQUEST TO VACATE CASE** |
| ) | **MANAGEMENT CONFERENCE;** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| JACKSON LTC PHARMACY, INC. dba ) | |
| JACKSON MEDICAL PHARMACY, LORA ) | |
| L. PORTER, TRUSTEE OF THE LORA L. ) | |
| PORTER REVOCABLE LIVING TRUST OF ) | |
| 1997, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**WHEREAS**, the Case Management Conference in this matter is currently set for January 10, 2012;

**WHEREAS**, the Parties conducted joint site inspections within the time required by this Court's Scheduling Order and subsequent Stipulation and Order of the Court continuing the date for the joint site inspection to take place to September 23, 2011;

**WHEREAS,** Plaintiff filed a Notice of Need for Mediation on November 10, 2011;

**WHEREAS**, no mediator has as yet been appointed in this matter. Plaintiff has been informed on other matters that the ADR Unit is experiencing a backlog and attendant delay in the appointment of mediators;

1  **WHEREAS**, Plaintiff Anthony Lerma ("Plaintiff") and Defendants Jackson LTC
2  Pharmacy Inc. dba Jackson Medical Pharmacy, and Lora L. Porter, Trustee of the Lora L.
3  Porter Revocable Living Trust of 1997 ("Defendants" and, together with Plaintiff, the
4  "Parties") believe that both Court resources and attorney time and costs will be most
5  effectively utilized if the Parties are given an opportunity to settle this matter through
6  mediation prior to attending and preparing for a case management conference;

7  **WHEREAS**, General Order 56, Paragraph 7 provides that if the matter does not settle
8  at mediation, Plaintiff is required to file a request for administrative relief requesting a case
9  management conference;

10 **NOW, THEREFORE**, the Parties respectfully request that the Court vacate the Case
11 Management Conference in order to afford the Parties the opportunity to reach a settlement
12 through mediation, and to permit Plaintiff to file a request for administrative relief requesting a
13 case management conference if necessary should the matter not settle at mediation.

14 Dated:  December 21, 2011                    MOORE LAW FIRM, P.C.

16                                              /s/ Tanya E. Moore
                                                Tanya E. Moore
17                                              Attorneys for Plaintiff Anthony Lerma

18 Dated:  December 21, 2011                    LAW OFFICES OF THOMAS O'HAGAN

20                                              /s/ Kelli E. George
                                                Kelli E. George, Attorneys for Defendant
21                                              Jackson LTC Pharmacy Inc. dba
22                                              Jackson Medical Pharmacy

24 Dated:  December 21, 2011                    MEZZETTI LAW FIRM, INC.

26                                              /s/ Robert L. Mezzetti, II
                                                Robert L. Mezzetti, II, Attorneys for
27                                              Lora L. Porter, Trustee of the Lora L.
28                                              Porter Revocable Living Trust of 1997

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER

2

**ORDER**

Upon request of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the case management conference currently set for January 10, 2012 is vacated. Plaintiff is ordered to file a request for administrative relief requesting a case management conference within seven (7) days after the mediator files a certification of mediation stating that the matter has not resolved, if in fact the matter does not resolve at mediation.

**IT IS SO ORDERED**.

Dated: F gego dgt"4; ."4233

United States Magistrate Judge