1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, ) | No.  5:11-CV-02160-PSG |
| ) | |
| Plaintiff, ) | **JOINT REQUEST TO VACATE CASE** |
| ) | **MANAGEMENT CONFERENCE;** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| JACKSON LTC PHARMACY, INC. dba ) | |
| JACKSON MEDICAL PHARMACY, LORA ) | |
| L. PORTER, TRUSTEE OF THE LORA L. ) | |
| PORTER REVOCABLE LIVING TRUST OF ) | |
| 1997, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**WHEREAS**, the Case Management Conference in this matter is currently set for January 10, 2012;

**WHEREAS**, the Parties conducted joint site inspections within the time required by this Court's Scheduling Order and subsequent Stipulation and Order of the Court continuing the date for the joint site inspection to take place to September 23, 2011;

**WHEREAS,** Plaintiff filed a Notice of Need for Mediation on November 10, 2011;

**WHEREAS**, no mediator has as yet been appointed in this matter.  Plaintiff has been informed on other matters that the ADR Unit is experiencing a backlog and attendant delay in the appointment of mediators;

**WHEREAS**, Plaintiff Anthony Lerma ("Plaintiff") and Defendants Jackson LTC Pharmacy Inc. dba Jackson Medical Pharmacy, and Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 ("Defendants" and, together with Plaintiff, the "Parties") believe that both Court resources and attorney time and costs will be most effectively utilized if the Parties are given an opportunity to settle this matter through mediation prior to attending and preparing for a case management conference;

**WHEREAS**, General Order 56, Paragraph 7 provides that if the matter does not settle at mediation, Plaintiff is required to file a request for administrative relief requesting a case management conference;

**NOW, THEREFORE**, the Parties respectfully request that the Court vacate the Case Management Conference in order to afford the Parties the opportunity to reach a settlement through mediation, and to permit Plaintiff to file a request for administrative relief requesting a case management conference if necessary should the matter not settle at mediation.

Dated: December 21, 2011                MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Anthony Lerma

Dated: December 21, 2011                LAW OFFICES OF THOMAS O'HAGAN


/s/ Kelli E. George
Kelli E. George, Attorneys for Defendant
Jackson LTC Pharmacy Inc. dba
Jackson Medical Pharmacy


Dated: December 21, 2011                MEZZETTI LAW FIRM, INC.


/s/ Robert L. Mezzetti, II
Robert L. Mezzetti, II, Attorneys for
Lora L. Porter, Trustee of the Lora L.
Porter Revocable Living Trust of 1997

1   **ORDER**

2   Upon request of the parties and good cause appearing,

3   **IT IS HEREBY ORDERED** that the case management conference currently set for
4   January 10, 2012 is vacated.  Plaintiff is ordered to file a request for administrative relief
5   requesting a case management conference within seven (7) days after the mediator files a
6   certification of mediation stating that the matter has not resolved, if in fact the matter does not
7   resolve at mediation.

8

9   **IT IS SO ORDERED**.

10

11  Dated: F gego dgt"4; ."4233

12                                                                          United States Magistrate Judge

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

3