K. Randolph Moore, Esq., SBN 106933
Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JACKSON LTC PHARMACY, INC. dba JACKSON MEDICAL PHARMACY, LORA L. PORTER, TRUSTEE OF THE LORA L. PORTER REVOCABLE LIVING TRUST OF 1997,<br><br>   Defendant. | No. 5:11-cv-02160-PSG<br><br>**REQUEST FOR ADMINISTRATIVE RELIEF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE [ADA Access]; [PROPOSED] ORDER** |

   This matter was referred to mediation on November 15, 2011 pursuant to General Order 56. The mediator filed a Certification of ADR Session on March 21, 2012 stating that the ADR process was complete and that the matter had partially settled. Plaintiff Anthony Lerma ("Plaintiff") reports that a settlement was reached between Plaintiff and Defendant Jackson LTC Pharmacy, Inc. dba Jackson Medical Pharmacy ("Defendant Jackson Pharmacy"), but not Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 ("Defendant Porter"). Plaintiff and Defendant Jackson Pharmacy are in the process of finalizing the settlement and anticipate that a stipulation for dismissal as to Defendant Jackson Pharmacy only will be filed within the next thirty (30) days.

///

Pursuant to General Order 56 and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter including Plaintiff and Defendant Porter.

Respectfully submitted this 22nd day of March 2012.

                                                MOORE LAW FIRM, P.C.

                                                /s/ Tanya E. Moore
                                                Tanya E. Moore, Attorneys for
                                                Plaintiff Anthony Lerma

## ORDER

**IT IS HEREBY ORDERED** that a case management conference in this matter is set for April 10, 2012 at 2:00 p.m. in Courtroom 5. The Parties are directed to the San Jose Judges' Standing Order regarding Case Management in Civil Cases for the preparation of the joint case management statement which is to be filed with the Court no later than seven (7) days prior to the conference.

**IT IS SO ORDERED**.

Dated: March 27, 2012

                                                United States Magistrate Judge