1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA, | No: 5:11-CV-02160-PSG |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER** |
| vs. | |
| JACKSON LTC PHARMACY, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff") and remaining Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

| | | |
|---|---|---|
| Date: December 13, 2012 | | MOORE LAW FIRM, P.C. |
| | | /s/ Tanya E. Moore |
| | | Tanya E. Moore |
| | | Attorney for Plaintiff Anthony Lerma |
| Date: December 12, 2012 | | MEZZETTI LAW FIRM, INC. |
| | | /s/ Caitlin G. Whitwell |
| | | Caitlin G. Whitwell |
| | | Attorneys for Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 |

## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Anthony Lerma and Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Anthony Lerma and Defendant Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Lora L. Porter, Trustee of the Lora L. Porter Revocable Living Trust of 1997 is dismissed with prejudice from this action.

///

///

1 | **IT IS SO ORDERED.**
2 |
3 | Dated:_____          _____
4 |                              United States District Court Judge

*Lerma v. Jackson LTC Pharmacy, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order